

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2017

No. 04-17-00827-CV

**IN RE** Enrique **SALINAS,** Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Irene Rios, Justice

On December 14, 2017, relator filed a petition for writ of mandamus and motion for emergency temporary stay of trial. The court has considered the petition and motion and is of the opinion relator is not entitled to the relief sought. Accordingly, the petition and motion are denied. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 15, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 16-12-33758-MCV, styled *Diego Gonzalez v. Enrique Salinas, Jr.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Gloria Saldana presiding.